# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ANDERSON,<br>　　　　Plaintiff<br><br>　　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 2:17-cv-03127-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: April 30, 2018

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE